## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| JANE DOE, | : |
|     Plaintiff, | : |
| v. | : C.A. No. 5521 |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
|     Defendants. | : |

### ACCEPTANCE OF SERVICE

I, Barry M. Willoughby, Esquire, counsel for defendants Wilmington Housing Authority and Frederick S. Purnell, Sr. in this action, am authorized to accept, and I hereby confirm my acceptance of, service of the Verified Complaint; Motion for Expedited Proceedings; and Motion for Preliminary Injunction, in the above referenced matter, as of Thursday, May 27, 2010.

                                                Young Conaway Stargatt & Taylor LLP

                                          By: /s/ Barry M. Willoughby
                                              Barry M. Willoughby, Esquire
                                              1000 West Street, 17th Floor
                                              Wilmington, DE 19801
                                              (302) 571-6666

                                              *Attorney for Wilmington Housing Authority*
                                              *and Frederick S. Purnell, Sr.*

Date: May 27, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2010, I electronically filed the Acceptance of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

                                          */s/ Francis G.X. Pileggi, Esquire*
                                          Francis G.X. Pileggi, Esquire (# 2624)