IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 10-473-LPS |
| WILMINGTON HOUSING AUTHORITY | ) |
| and FREDERICK S. PURNELL, SR., in his | ) |
| official capacity as executive director of the | ) |
| Wilmington Housing Authority, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the Defendants, Wilmington Housing Authority and Frederick S. Purnell, Sr., in his official capacity as executive director of the Wilmington Housing Authority, in the above-captioned matter.

*/s/ Teresa A. Cheek*
Teresa A. Cheek, Esquire (I.D. No. 2657)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
E-mail: tcheek@ycst.com
*Attorneys for Defendants*

Dated: June 16 2010