IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | ) C.A. No. 10-473-LPS ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I, Barry M. Willoughby, do hereby certify that on Thursday, December 09, 2010, I did serve Defendants' First Request for Production of Documents Directed to Plaintiffs via E-mail and U.S. First Class Mail to the following counsel of record:

> Francis G.X. Pileggi, Esq.
> Fox Rothschild, LLP
> Citizens Bank Center
> 919 North Market Street, Suite 1300
> Wilmington, DE 19801
> FPileggi@foxrothschild.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*_____

Barry M. Willoughby, Esquire (I.D. No. 1016)
Teresa A. Cheek, Esquire (I.D. No. 2657)
Lauren E. Moak, Esquire (I.D. No. 5366)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
E-mail: bwilloughby@ycst.com
*Attorneys for Defendants*