IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, Austen C. Endersby, Esquire, hereby certify that a copy of Plaintiffs Jane Doe's and Charles Boone's: 1) First Set of Interrogatories; 2) First Set of Requests for Production of Documents and Things; and 3) First Set of Requests for Admission; Directed to Defendants Wilmington Housing Authority and Frederick S. Purnell, Sr., were served on the following, on December 9, 2010, in the following manner:

**VIA E-MAIL AND HAND DELIVERY**
Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

FOX ROTHSCHILD LLP

By: /s/ Austen C. Endersby, Esquire
Francis G.X Pileggi, Esquire (Del. Bar No. 2624)
Austen C. Endersby, Esquire (Del. Bar. No. 5161)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 654-7444