## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY and | : |
| FREDERICK S. PURNELL, SR., in his official | : |
| capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

### NOTICE OF SERVICE

I, Francis G.X. Pileggi, Esquire, hereby certify that a copy of Plaintiffs' Rule 26 Initial Disclosures; and Plaintiffs' Supplemental Initial Disclosures Pursuant to Default Standard for Discovery of Electronic Documents were served on the following, on December 3, 2010, in the following manner:

**VIA HAND DELIVERY**
Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

FOX ROTHSCHILD LLP

By: /s/ Francis G.X. Pileggi, Esquire
Francis G.X Pileggi, Esquire (Del. Bar No. 2624)
Austen C. Endersby, Esquire (Del. Bar No. 5161)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 654-7444