IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE,<br><br>    Plaintiffs,<br><br>v.<br><br>WILMINGTON HOUSING AUTHORITY<br>and FREDERICK S. PURNELL, SR., in his<br>official capacity as Executive Director of the<br>Wilmington Housing Authority,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 10-473-LPS |

**NOTICE OF SERVICE OF DEFENDANTS' DISCLOSURES PURSUANT TO THE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

I, Barry M. Willoughby, hereby certify that on Monday, December 13, 2010, I did cause a copy of Defendants' Disclosures Pursuant to the Default Standard for Discovery of Electronically Stored Information to be served via E-mail and U.S. First Class Mail, postage prepaid, upon the following counsel of record:

> Francis G.X. Pileggi, Esq.
> Fox Rothschild, LLP
> 919 North Market Street, Suite 1300
> Wilmington, DE 19801
> FPileggi@foxrothschild.com

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Barry M. Willoughby*
> Barry M. Willoughby, Esquire (I.D. No. 1016)
> Teresa A. Cheek, Esquire (I.D. No. 2657)
> Lauren E. Moak, Esquire (I.D. No. 5366)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666
> Facsimile: (302) 576-3345
> E-mail: bwilloughby@ycst.com
> Attorneys for Defendants