# EXHIBIT 1

## RESOLUTION NO. 10-03

## RESOLUTION ADOPTING THE PARK VIEW
## HOUSE RULES AMENDED RULE 24

**WHEREAS,** on June 28, 2010, the Supreme Court of the United States issued its decision in *McDonald v. City of Chicago*, which held the Second Amendment to the United States Constitution applicable to the States; and

**WHEREAS,** the Board of Directors of the Wilmington Revitalization Corporation determined that the Court's decision in *McDonald* raised questions about the permissibility of the firearms policy previously contained within the Park View House Rules, at Rule 24; and

**WHEREAS,** after careful consideration of legal precedent and similar policies adopted by public housing authorities throughout the country, the Wilmington Revitalization Corporation created the Amended Rule 24;

**NOW, THEREFORE, BE IT RESOLVED,** by the Board of Directors of the Wilmington Revitalization Corporation that the Park View House Rules Amended Rule 24 is adopted; and

**BE IT FURTHER RESOLVED** that this amendment shall take effect immediately.

ADOPTED: 12/15/10 [signature]

**Synopsis of Resolution 10-03**

On June 28, 2010, the Supreme Court issued a decision entitled *McDonald v. City of Chicago*. That decision holds that the Second Amendment to the United States Constitution is applicable to State and local governments. As a result, questions were raised about the permissibility of the restriction on the use and possession of firearms imposed by the Park View's House Rules.

In response, Wilmington Revitalization Corporation drafted a new firearms and weapons policy. The policy adopted by this resolution, known as the Park View House Rules Amended Rule 24, is a result of careful consideration of the law and policies adopted by other housing authorities throughout the country.

# The Park View House Rules
# Amended Rule 24

**Amended Rule 24:**

The owners and managers of the Park View recognize the importance of protecting the health, welfare, and safety of all Park View tenants, while simultaneously protecting the rights of its tenants to keep and bear arms as established by the federal and state constitutions. The owners and managers therefore adopt the following Amended Rule 24. Tenants, members of a tenant's household, and guests:

1. Shall comply with all local, state, and federal legal requirements applicable to the ownership, possession, transportation, and use of firearms or other weapons. The term "firearm" includes any weapon from which a shot, projectile or other object may be discharged by force of combustion, explosive, gas and/or mechanical means, whether operable or inoperable, loaded or unloaded, and any weapon or destructive device as defined by law.

2. Shall not discharge or use any firearm or other weapons on Park View property except when done in self-defense.

3. Shall not display or carry a firearm or other weapon in any common area, except where the firearm or other weapon is being transported to or from the tenant's unit, or is being used in self-defense.

4. Shall have available for inspection a copy of any permit, license, or other documentation required by state, local, or federal law for the ownership, possession, or transportation of any firearm or other weapon, including a license to carry a concealed weapon as required by 11 *Del. C.* § 1441, upon request, when there is reasonable cause to believe that the law or this Policy has been violated.

5. Shall exercise reasonable care in the storage of loaded or unloaded firearms and ammunition, or other weapons.

6. Shall not allow a minor under 16 years of age to have possession of a firearm, B.B. gun, air gun, or spear gun unless under the direct supervision of an adult.

7. Shall not give or otherwise transfer to a minor under 18 years of age a firearm or ammunition for a firearm, unless the person is that child's parent or guardian, or unless the person first receives the permission of the minor's parent or guardian.

Violation of this Rule by any tenant or member of the tenant's household shall be grounds for immediate Lease termination and eviction. In addition, a tenant or member of the tenant's household who knowingly permits a guest to violate this Policy shall be subject to immediate Lease termination and eviction.