**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANE DOE and CHARLES BOONE, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 1:10-cv-00473-LPS |
| | : | |
| WILMINGTON HOUSING AUTHORITY and | : | |
| FREDERICK S. PURNELL, SR., in his official | : | |
| capacity as executive director of the | : | |
| Wilmington Housing Authority, | : | |
| | : | |
| Defendants. | : | |

<u>NOTICE OF SERVICE</u>

I, Francis G. X. Pileggi, Esquire, hereby certify that a copy of Plaintiffs Jane Doe's and

Charles Boone's: 1) Second Set of Interrogatories; and 2) Second Set of Requests for Production

of Documents and Things; Directed to Defendants Wilmington Housing Authority and Frederick

S. Purnell, Sr., were served on the following, on December 30, 2010, in the following manner:

**<u>VIA E-MAIL AND HAND DELIVERY</u>**
Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

FOX ROTHSCHILD LLP


By:     /s/ Francis G.X. Pileggi
      Francis G.X Pileggi, Esquire (Del. Bar No. 2624)
      Carl D. Neff, Esquire (Del. Bar No. 4895)
      Austen C. Endersby, Esquire (Del. Bar. No. 5161)
      919 N. Market Street, Suite 1300
      Wilmington, DE 19801
      (302) 654-7444