IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE,<br><br>Plaintiffs,<br><br>v.<br><br>WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as Executive Director of the Wilmington Housing Authority,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 10-473-LPS<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

To: Francis Pileggi, Esq.
Fox Rothschild LLP
919 North Market Street
Suite 1300
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the deposition upon oral examination of **Charles Boone** on **Wednesday, January 19, 2011, at 10:30 a.m.** This deposition will take place in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, before an officer authorized to take such depositions. The deposition will be recorded by stenographic means and may be recorded by videotape.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (I.D. No. 1016)
Lauren E. Moak, Esquire (I.D. No. 5366)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
E-mail: bwilloughby@ycst.com