### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY and | : |
| FREDERICK S. PURNELL, SR., in his official | : |
| capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

**<u>NOTICE OF VIDEOTAPED DEPOSITION OF BERNADETTE WINSTON</u>**

TO:   Barry M. Willoughby, Esq.
      Lauren Moak, Esq.
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that Jane Doe and Charles Boone (the "Plaintiffs"), by and through their undersigned counsel, Fox Rothschild LLP, will take the deposition upon oral examination of Bernadette Winston before a person duly authorized to administer oaths. The deposition will take place at the law offices of Fox Rothschild LLP, Citizens Bank Center, 919 N. Market Street, Suite 1300, Wilmington, Delaware 19801 on January 25, 2011 at 9:00 a.m., and will continue from day to day until completed. The deposition and will be recorded by videotape and/or stenographic means.

2

                                    **FOX ROTHSCHILD LLP**

                                    */s/ Carl D. Neff*
                              Francis G.X Pileggi, Esquire (Del. Bar No. 2624)
                              Carl D. Neff, Esquire (Del. Bar No. 4895)
                              Austen C. Endersby, Esquire (Del. Bar. No. 5161)
                              919 N. Market Street, Suite 1300
                              Wilmington, DE 19801
                              (302) 654-7444

Dated: January 5, 2011