### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY and | : |
| FREDERICK S. PURNELL, SR., in his official | : |
| capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance on behalf of the Plaintiffs Jane Doe and Charles Boone.

FOX ROTHSCHILD LLP

By: */s/ Carl D. Neff, Esquire*
Carl D. Neff, Esquire (No. 4895)
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 654-7444

*Attorney for Plaintiffs Jane Doe and Charles Boone*

Date:  January 5, 2011

## CERTIFICATE OF SERVICE

I, Carl D. Neff, Esquire, hereby certify that on this 5th day of January, 2011, a true and correct copy of the foregoing Entry of Appearance was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

                                                   */s/ Carl D. Neff,, Esquire*
                                              Carl D. Neff, Esquire (Del. Bar No. 4895)