IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILMINGTON HOUSING AUTHORITY ) <br> and FREDERICK S. PURNELL, SR., in his ) <br> official capacity as Executive Director of the ) <br> Wilmington Housing Authority, ) <br> ) <br> Defendants. ) | C.A. No. 10-473-LPS |

## NOTICE OF SERVICE

I, Barry M. Willoughby, hereby certify that on January 7, 2011, a copy of

Defendants' Expert Witness Disclosure was served via E-mail and U.S. First Class Mail,

postage prepaid, upon the following counsel of record:

>Francis G.X. Pileggi, Esq.
>Fox Rothschild, LLP
>919 North Market Street, Suite 1300
>Wilmington, DE 19801
>FPileggi@foxrothschild.com

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Barry M. Willoughby*
>Barry M. Willoughby, Esquire (I.D. No. 1016)
>Lauren E. Moak, Esquire (I.D. No. 5366)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>E-mail: bwilloughby@ycst.com
>Attorneys for Defendants

Dated: January 7, 2011