IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 10-473-LPS |
| WILMINGTON HOUSING AUTHORITY | ) |
| and FREDERICK S. PURNELL, SR., in his | ) |
| official capacity as Executive Director of the | ) |
| Wilmington Housing Authority, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I, Barry M. Willoughby, hereby certify that on January 10, 2011, a copy of Defendants' Responses to Plaintiffs' First Set of Interrogatories, Defendants' Responses to Plaintiffs' First Request for Production, Defendants' Production Documents (Bates Nos. D1 - D251), and Defendants' Responses to Plaintiffs' Request for Admissions were served by hand delivery upon the following counsel of record:

>Francis G.X. Pileggi, Esq.
>Fox Rothschild, LLP
>919 North Market Street, Suite 1300
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Barry M. Willoughby*
>Barry M. Willoughby, Esquire (I.D. No. 1016)
>Lauren E. Moak, Esquire (I.D. No. 5366)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>E-mail: bwilloughby@ycst.com
>Attorneys for Defendants

Dated: January 10, 2011