## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY and | : |
| FREDERICK S. PURNELL, SR., in his official | : |
| capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

### NOTICE OF SERVICE

I, Carl D. Neff, Esquire, hereby certify that a copy of 1) Plaintiffs Jane Doe's and Charles Boone's Responses and Objections to Defendants' First Set of Interrogatories Directed to Plaintiffs and 2) Plaintiffs Jane Doe's and Charles Boone's Responses and Objections to Defendants' First Request for Production of Documents Directed to Plaintiffs were served on the following, on January 10, 2011 in the following manner:

VIA E-MAIL AND HAND DELIVERY
Barry M. Willoughby, Esquire
Lauren E. Moak, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Email: bwilloughby@ycst.com
Email: lmoak@ycst.com

          FOX ROTHSCHILD LLP

By:   /s/ Carl D. Neff, Esquire
     Francis G.X Pileggi, Esquire (Del. Bar No. 2624)
     Carl D. Neff, Esquire (Del. Bar No. 4895)
     Austen C. Endersby, Esquire (Del. Bar. No. 5161)
     919 N. Market Street, Suite 1300
     Wilmington, DE 19801
     (302) 654-7444