## CERTIFICATE OF SERVICE

  I, Carl D. Neff, Esquire, hereby certify that on this 10th day of January, 2010, a true and correct copy of the foregoing Notice of Service was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Willoughby, Esquire
Lauren E. Moak, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

              */s/ Carl D. Neff, Esquire*
              Carl D. Neff, Esquire (Del. Bar No. 4895)