## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY and | : |
| FREDERICK S. PURNELL, SR., in his official | : |
| capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

### NOTICE OF WITHDRAWAL OF DEPOSITION NOTICE

PLEASE TAKE NOTICE that Jane Doe and Charles Boone (the "Plaintiffs"), by and through their undersigned counsel, Fox Rothschild LLP, hereby withdraw, without prejudice, their Notice of Videotaped Deposition of Thomas Shopa, originally filed with the Court on January 5, 2011, under Docket No. 57.

FOX ROTHSCHILD LLP

*/s/ Carl D. Neff*
Francis G.X Pileggi, Esquire (Del. Bar No. 2624)
Carl D. Neff, Esquire (Del. Bar No. 4895)
Austen C. Endersby, Esquire (Del. Bar. No. 5161)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 654-7444

Dated: January 11, 2011