IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 10-473-LPS |
| WILMINGTON HOUSING AUTHORITY | ) |
| and FREDERICK S. PURNELL, SR., in his | ) |
| official capacity as Executive Director of the | ) |
| Wilmington Housing Authority, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF DEFENDANTS' SUPPLEMENTAL DISCLOSURES PURSUANT TO THE DEFAULT STANDARD FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

I, Barry M. Willoughby, hereby certify that on Friday, January 14, 2011, I did cause two (2) copies of Defendants' Supplemental Disclosures Pursuant to the Default Standard for Discovery of Electronically Stored Information to be served via E-mail and U.S. First Class Mail, postage prepaid, upon the following counsel of record:

Francis G.X. Pileggi, Esq.
Fox Rothschild, LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801
FPileggi@foxrothschild.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (I.D. No. 1016)
Teresa A. Cheek, Esquire (I.D. No. 2657)
Lauren E. Moak, Esquire (I.D. No. 5366)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
E-mail: bwilloughby@ycst.com
Attorneys for Defendants