IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WILMINGTON HOUSING AUTHORITY | ) C.A. No. 10-473-LPS |
| and FREDERICK S. PURNELL, SR., in his | ) |
| official capacity as Executive Director of the | ) |
| Wilmington Housing Authority, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF DEFENDANTS' NOTICE
OF REDESIGNATION OF EXPERT WITNESS**

I, Barry M. Willoughby, hereby certify that on Friday, January 14, 2011, I did cause two (2) copies of Defendants' Notice of Redesignation of Expert Witness to be served via E-mail and U.S. First Class Mail, postage prepaid, upon the following counsel of record:

> Francis G.X. Pileggi, Esq.
> Fox Rothschild, LLP
> 919 North Market Street, Suite 1300
> Wilmington, DE 19801
> FPileggi@foxrothschild.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby, Esquire (I.D. No. 1016)
Teresa A. Cheek, Esquire (I.D. No. 2657)
Lauren E. Moak, Esquire (I.D. No. 5366)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
E-mail: bwilloughby@ycst.com
Attorneys for Defendants