## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY and | : |
| FREDERICK S. PURNELL, SR., in his official | : |
| capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

### RE-NOTICE OF VIDEOTAPED DEPOSITION OF FREDERICK S. PURNELL, SR.

TO:   Barry M. Willoughby, Esq.
      Lauren Moak, Esq.
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that Jane Doe and Charles Boone (the "Plaintiffs"), by and through their undersigned counsel, Fox Rothschild LLP, will take the deposition upon oral examination of Frederick S. Purnell, Sr. before a person duly authorized to administer oaths. The deposition will take place at the law offices of Fox Rothschild LLP, Citizens Bank Center, 919 N. Market Street, Suite 1300, Wilmington, Delaware 19801 on January 21, 2011 at 9:30 a.m., and will continue from day to day until completed. The deposition and will be recorded by videotape and/or stenographic means.

WM1A 980219v1 01/18/11

                          **FOX ROTHSCHILD LLP**

                          */s/ Carl D. Neff*
                    Francis G.X Pileggi, Esquire (Del. Bar No. 2624)
                    Carl D. Neff, Esquire (Del. Bar No. 4895)
                    Austen C. Endersby, Esquire (Del. Bar. No. 5161)
                    919 N. Market Street, Suite 1300
                    Wilmington, DE 19801
                    (302) 654-7444

Dated: January 18, 2011