

# Fox Rothschild LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444 Fax 302.656.8920
www.foxrothschild.com

Carl D. Neff
Direct Dial: (302) 622-4272
Email Address: cneff@foxrothschild.com

January 28, 2011

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

Re: **Doe v. Wilmington Housing Authority; C.A. No. 10-473-LPS**

Dear Judge Stark:

Please find enclosed proposed form of order for your signing, which memorializes your ruling at the telephonic conference held on January 19, 2011 concerning the limited disclosure of the identity of Plaintiff Jane Doe. The language of this proposed form of order has been agreed to by the parties to this action.

As always, I am available at the Court's request to answer any questions or concerns. Thank you.

Respectfully,

Carl D. Neff

Attachment

cc: Barry Willoughby, Esq.
    Francis G.X. Pileggi, Esq.