## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

JANE DOE and CHARLES BOONE,      :
                                     :
           Plaintiffs,           :
                                     :
         v.                   : C.A. No. 1:10-cv-00473-LPS
                                     :
WILMINGTON HOUSING AUTHORITY and :
FREDERICK S. PURNELL, SR., in his official :
capacity as executive director of the      :
Wilmington Housing Authority,         :
                                     :
         Defendants.        :

## <u>ORDER</u>

Upon the oral motion made by Defendants' counsel to disclose the identity of Plaintiff Jane Doe during her deposition on January 19, 2011, and upon the oral motion of the Plaintiffs to maintain the confidentiality of the videotape and transcript of Jane Doe's deposition, it is hereby

ORDERED that the Order approving Plaintiff's Motion to Proceed Under a Pseudonym, entered by the Delaware Court of Chancery on May 26, 2010,[1] is hereby amended pursuant to the rulings of this Order; and it is further

ORDERED that Jane Doe shall disclose her true identity solely during her videotaped deposition on January 19, 2011; and it is further

ORDERED that the videotape and the transcript of Jane Doe's deposition shall be substantially marked "CONFIDENTIAL – ATTORNEYS' EYES ONLY"; and it is further

---

[1] A copy of the Order approving Plaintiff's Motion to Proceed Under a Pseudonym is attached hereto as Exhibit "A".

ORDERED that Defendants' counsel shall not disclose the identity of Jane Doe, nor disclose the videotape or transcript of Jane Doe's deposition, to the Defendants or to any other individual or entity other than Defendants' counsel, or office staff and personnel employed by Defendants' counsel to whom such information is disclosed at the direction of Defendants' counsel, absent a further Court order to the contrary.

_____
United States District Court Judge

Dated: _____, 2011