# EXHIBIT A

05/27/2010 11:19 FAX 302 856 78    GEORGETOWN Reg Chancery    ☒002/002

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| JANE DOE, | : |
|     Plaintiff, | : |
| v. | : C.A. No. |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
|     Defendants. | : |

### ORDER

Upon review of Plaintiff's Verified Complaint; Motion to Proceed Under A Pseudonym; Memorandum of Law in Support of Plaintiff's Motion to Proceed Under A Pseudonym, and any reply thereto, it is hereby ORDERED that Plaintiff in this action may proceed under the pseudonym "Jane Doe".

**IT IS SO ORDERED**

*/s/ William B. Chandler III*

Dated: May 26, 2010

WMIA 954763v1 05/26/10