# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
| Defendants. | : |

## ORDER

Upon the oral motion made by Defendants' counsel to disclose the identity of Plaintiff Jane Doe during her deposition on January 19, 2011, and upon the oral motion of the Plaintiffs to maintain the confidentiality of the videotape and transcript of Jane Doe's deposition, it is hereby

ORDERED that the Order approving Plaintiff's Motion to Proceed Under a Pseudonym, entered by the Delaware Court of Chancery on May 26, 2010,[1] is hereby amended pursuant to the rulings of this Order; and it is further

ORDERED that Jane Doe shall disclose her true identity solely during her videotaped deposition on January 19, 2011; and it is further

ORDERED that the videotape and the transcript of Jane Doe's deposition shall be substantially marked "CONFIDENTIAL – ATTORNEYS' EYES ONLY"; and it is further

---

[1] A copy of the Order approving Plaintiff's Motion to Proceed Under a Pseudonym is attached hereto as Exhibit "A".

WM1A 981267v1 01/28/11

ORDERED that Defendants' counsel shall not disclose the identity of Jane Doe, nor disclose the videotape or transcript of Jane Doe's deposition, to the Defendants or to any other individual or entity other than Defendants' counsel, or office staff and personnel employed by Defendants' counsel to whom such information is disclosed at the direction of Defendants' counsel, absent a further Court order to the contrary.

Dated: January 31, 2011

_____
United States District Court Judge

# EXHIBIT A

Case 1:10-cv-00473-LPS   Document 81   Filed 01/31/11   Page 4 of 4 PageID #: 675
Case 1:10-cv-00473-LPS   Document 80-2   Filed 01/28/11   Page 2 of 2 PageID #: 671
05/27/2010 11:19 FAX  302 856 778     GEORGETOWN Reg Chancery            ☑002/002

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| JANE DOE, | : |
| Plaintiff, | : |
| v. | : C.A. No. |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
| Defendants. | : |

### ORDER

Upon review of Plaintiff's Verified Complaint; Motion to Proceed Under A Pseudonym; Memorandum of Law in Support of Plaintiff's Motion to Proceed Under A Pseudonym, and any reply thereto, it is hereby ORDERED that Plaintiff in this action may proceed under the pseudonym "Jane Doe".

IT IS SO ORDERED

*[Signature: William B. Chandler III]*

Dated: May 26, 2010

WM1A 954763v1 05/26/10