IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 10-473-LPS |
| WILMINGTON HOUSING AUTHORITY | ) |
| and FREDERICK S. PURNELL, SR., in his | ) |
| official capacity as Executive Director of the | ) |
| Wilmington Housing Authority, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I, Barry M. Willoughby, hereby certify that on February 2, 2011, a copies of Defendants' Responses to Plaintiffs' Second Set of Interrogatories, Defendants' Responses to Plaintiffs' Second Request for Production, and Defendants' Production Documents (Bates Nos. D1160 – D1170), were served by electronic mail and U.S. mail upon the following counsel of record:

> Francis G.X. Pileggi, Esq.
> Fox Rothschild, LLP
> 919 North Market Street, Suite 1300
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Barry M. Willoughby*
> Barry M. Willoughby, Esquire (I.D. No. 1016)
> Lauren E. Moak, Esquire (I.D. No. 5366)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666
> Facsimile: (302) 576-3345
> E-mail: bwilloughby@ycst.com
> Attorneys for Defendants

Dated: February 2, 2011