IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 10-473-LPS |
| WILMINGTON HOUSING AUTHORITY | ) |
| and FREDERICK S. PURNELL, SR., in his | ) JURY TRIAL DEMANDED |
| official capacity as executive director of the | ) |
| Wilmington Housing Authority, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that briefing on their respective motions for summary judgment shall proceed in accordance with the following schedule:

1. Plaintiffs' and Defendants' Motions for Summary Judgment and supporting Opening Briefs shall be filed February 21, 2011.

2. Plaintiffs' and Defendants' Answering Briefs to be filed March 7, 2011.

3. Plaintiffs' and Defendants' Reply Briefs to be filed March 14, 2011.

| | |
|---|---|
| Fox Rothschild, LLP | Young Conaway Stargatt & Taylor, LLP |
| | |
| /s/ *Francis G.X. Pileggi* | /s/ *Barry M. Willoughby* |
| Francis G.X. Pileggi (I.D. #2624) | Barry M. Willoughby (I.D. #1016) |
| Citizens Bank Center | The Brandywine Building |
| 919 North Market Street, Suite 1300 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-2323 | Wilmington, DE 19899-0391 |
| (302) 655-3667; (302) 656-8920 | (302) 571-6666; (302) 576-3345 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2011.

_____
United States District Court Judge