# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
| Defendants. | : |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Jane Doe and Charles Boone (the "Plaintiffs"), by and through their undersigned attorneys, hereby move (the "Motion") this Court for Summary Judgment against Defendants Wilmington Housing Authority and Frederick S. Purnell, Sr. In support of the Motion, Plaintiffs incorporate the Opening Brief in Support of Plaintiffs' Motion for Summary Judgment filed contemporaneously herewith.

### FOX ROTHSCHILD LLP

By: ___/s/ Francis G.X. Pileggi_____
Francis G.X. Pileggi (Del. Bar No. 2624)
Austen C. Endersby (Del. Bar No. 5161)
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 655-3667

*Attorneys for Plaintiffs Jane Doe
and Charles Boone*

Dated: February 21, 2011

WM1A 988430v1 02/21/11