## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2011, I electronically filed Plaintiffs' Motion for Summary Judgment and Proposed Order via CM/ECF which will send notification of such filing(s) to the following:

Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*/s/ Francis G.X. Pileggi, Esquire*
Francis G.X. Pileggi, Esquire (#2624)
