IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : **CONFIDENTIAL**<br>: **FILED UNDER SEAL** |
| Defendants. | : |

**EXHIBITS A TO J TO
OPENING BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

FOX ROTHSCHILD LLP
Francis G.X. Pileggi (Del. Bar No. 2624)
Austen C. Endersby (Del. Bar No. 5161)
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 655-3667

*Attorneys for Plaintiffs Jane Doe
and Charles Boone*

Dated: February 21, 2011

WM1A 988948v1 02/21/11

# SEALED DOCUMENT