**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2011, I caused to be served a confidential version of an Opening Brief in Support of Plaintiffs' Motion for Summary Judgment with Exhibits to the following via hand delivery and the sealed version via CM/ECF:

Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

                                          */s/ Francis G.X. Pileggi, Esquire*
                                         Francis G.X. Pileggi, Esquire (# 2624)