## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE and CHARLES BOONE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | C.A. No. 10-473-LPS |
| WILMINGTON HOUSING AUTHORITY | ) | |
| and FREDERICK S. PURNELL, SR., in his | ) | **JURY TRIAL DEMANDED** |
| official capacity as executive director of the | ) | |
| Wilmington Housing Authority, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Wilmington Housing Authority and Frederick S. Purnell, Sr., (collectively,

the "Defendants"), by and through their undersigned counsel, hereby move for summary

judgment in the above-captioned action pursuant to Rule 56 of the Federal Rules of Civil

Procedure.  The grounds for this Motion are set forth in Defendants' Opening Brief, which is

filed simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*

Barry M. Willoughby, Esquire (Bar I.D. 1016)
Lauren E. Moak, Esquire (Bar I.D. 5366)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
E-mail:  bwilloughby@ycst.com

*Attorneys for Defendants Wilmington Housing Authority*
*and Frederick S. Purnell, Sr.*

Dated:  February 21, 2011