UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 10-0473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
| Defendants. | : |

**PROPOSED ORDER**

AND NOW having considered the Application of the Brady Center to Prevent Gun Violence to File A Brief As *Amicus Curiae*,

IT IS HEREBY ORDERED this _____ day of February 2011, that the Application of the Brady Center to Prevent Gun Violence to File A Brief As *Amicus Curiae* is GRANTED.

_____
Judge Leonard P. Stark