

# Fox Rothschild LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Francis G.X. Pileggi
Direct Dial: (302) 655-3667
Email Address: fpileggi@foxrothschild.com
Blog: www.delawarelitigation.com

February 24, 2011

VIA CM/ECF AND HAND DELIVERY

The Honorable Leonard P. Stark
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Doe v. Wilmington Housing Authority, et al.*
      No. 1:10-cv-00473-LPS

Dear Judge Stark:

I write to inform Your Honor of developments that have occurred since yesterday when Your Honor revised the briefing schedule for pending motions in the above-captioned case in light of Plaintiffs' letter of February 22, 2010. Plaintiffs, Defendants, and proposed *Amicus Curiae*, The Brady Center to Prevent Gun Violence ("Brady Center"), met and conferred this morning regarding further revisions to the briefing deadlines and the oral argument date in light of Brady Center's filing of an *Amicus* Brief on February 21, 2011. (D.I. 91, Ex. A.) All parties have agreed to the new dates set forth in the enclosed Stipulated Scheduling Order. If Your Honor is not opposed to the revised deadlines, the parties wish that the enclosed Stipulated Scheduling Order be entered.

We have "left blank" a date for the Court to schedule oral argument in order to allow the Court sufficient time after the last briefs are filed.



Fox Rothschild LLP
ATTORNEYS AT LAW

The Honorable Leonard P. Stark
February 24, 2011
Page 2

If Your Honor has any questions or requires any additional information, counsel is available at your convenience.

Respectfully,

Francis G.X. Pileggi
(Del. Bar No. 2624)

FGXP/mar

Enclosure

cc: Barry Willoughby, Esquire (w/encl.) (via e-mail and hand delivery)
     Richard Horwitz, Esquire (w/encl.) (via e-mail and hand delivery)

WM1A 989280v1 02/24/11