# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
| Defendants. | : |

## STIPULATED SCHEDULING ORDER

WHEREAS, on February 9, 2011, the Court approved the briefing deadlines and oral argument date set forth in the Stipulation and Order (D.I. 85);

WHEREAS, on February 21, 2011, Plaintiffs Jane Doe and Charles Boone ("Plaintiffs") and Defendants Wilmington Housing Authority and Frederick S. Purnell, Sr. ("Defendants") each filed cross-motions for summary judgment and opening briefs in support thereof;

WHEREAS, on February 21, 2011, third-party The Brady Center to Prevent Gun Violence ("Brady Center") filed its Application of Brady Center to Prevent Gun Violence to File Brief as *Amicus Curiae* in Support of Defendants ("Application") (D.I. 91), and Brief of *Amicus Curiae* Brady Center to Prevent Gun Violence in Support of Defendants ("*Amicus* Brief") (attached as Exhibit A thereto);

WHEREAS, Plaintiffs do not oppose the Application;

WHEREAS, Plaintiffs intend to file a brief in opposition to the *Amicus* Brief;

WHEREAS, Defendants' Opening Brief (D.I. 89) is 20-pages in length and the *Amicus* Brief (D.I. 91, Ex. A) is 23-pages in length;

WHEREAS, Plaintiffs, Defendants, and Brady Center believe it would be efficient to brief the remainder of the supporting and opposition briefs relating to: (1) Plaintiffs' and Defendants' cross-motions for summary judgment; and (2) the *Amicus* Brief, according to the following schedule and with the listed page limits;

Plaintiffs, Defendants, and Brady Center, by and through their undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that briefing and oral argument on Plaintiffs' and Defendants' cross-motions for summary judgment and the *Amicus* Brief shall proceed in accordance with the following schedule:

1. Plaintiffs and Defendants shall file their respective Answering Briefs on or before Friday, March 25, 2011. Plaintiffs shall file one Answering Brief in opposition to both Defendants' Opening Brief (D.I. 89) and the *Amicus* Brief (D.I. 91, Ex. A); Plaintiffs' Answering Brief shall not exceed 40-pages in length.

2. Plaintiffs and Defendants shall file their respective Reply Briefs on or before Wednesday, April 13, 2011.

3. The Brady Center will not be filing any further briefs.

IT IS FURTHER ORDERED that oral argument on Plaintiffs' and Defendants' cross-motions for summary judgment and on Brady Center's *Amicus* Brief shall be heard not earlier

than three weeks after the Reply Briefs are filed, on May ____, 2011 at _____ a.m./p.m.

| FOX ROTHSCHILD LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Francis G.X. Pileggi | /s/ Barry M. Willoughby |
| Francis G.X. Pileggi (# 2624) | Barry M. Willoughby (#1016) |
| Austen C. Endersby (# 5161) | The Brandywine Building |
| 919 North Market Street, Suite 1300 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899-2323 | Wilmington, DE 19899-0391 |
| Phone: (302) 655-3667 | Phone: (302) 571-6666 |
| E-mail: fpileggi@foxrothschild.com | E-mail: bwilloughby@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

POTTER ANDERSON & COROON LLP

/s/ Richard L. Horwitz
Richard L. Horwitz (# 2246)
1313 North Market Street
Wilmington, DE 19801
Phone: (302) 984-6027
E-mail: rhorwitz@potteranderson.com

*Attorneys for Amicus Curiae*


SO ORDERED this _____ day of February, 2011.


_____
United States District Court Judge