**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 10-473-LPS |
| WILMINGTON HOUSING AUTHORITY | ) |
| and FREDERICK S. PURNELL, SR., in his | ) **JURY TRIAL DEMANDED** |
| official capacity as executive director of the | ) |
| Wilmington Housing Authority, | ) |
| | ) |
| Defendants. | ) |

**APPENDIX TO DEFENDANTS' OPENING BRIEF
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Barry M. Willoughby, Esquire (Bar I.D. 1016)
Lauren E. Moak, Esquire (Bar I.D. 5366)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
E-mail:  bwilloughby@ycst.com

*Attorneys for Defendants Wilmington Housing Authority
and Frederick S. Purnell, Sr.*

Dated:  February 21, 2011

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER**

# TABLE OF CONTENTS

Dowlut letter to WHA dated February 1, 2010.................................................................A1

Board Member emails dated February 1, 2010.............................................................A3

Purnell email to Board members dated February 3, 2010 ...........................................A4

Board Member emails dated February 24, 2010...........................................................A6

WHA Notice rescheduling Public Hearing to October 14, 2010................................A8

Willoughby letter and enclosure to Dowlut
dated September 28, 2010..............................................................................................A10

Pileggi letter to Willoughby dated September 30, 2010.............................................A12

Dowlut email to Barbera dated October 1, 2010 ........................................................A14

WHA Public Hearing Agenda dated October 14, 2010...............................................A15

WHA Public Hearing Sign-In Sheets dated October 14, 2010...................................A16

Willoughby email and attachment to Board Members
dated October 21, 2010..................................................................................................A19

WHA Resolution No. 10-25 adopted October 25, 2010..............................................A22

WHA Firearms and Weapons Policy.............................................................................A24

WRC Resolution No. 10-03 adopted December 13, 2010............................................A26

The Park View Amended House Rule 24 ......................................................................A27

Excerpts from the Deposition Transcript of Charles Boone
dated January 19, 2011 ...................................................................................................A28

Excerpts from the Deposition Transcript of Jane Doe
dated January 19, 2011 ...................................................................................................A55

Excerpts from the Deposition Transcript of Geoff Langdon
dated January 27, 2011 ...................................................................................................A76

Excerpts from the Deposition Transcript of Nicole Majeski
dated February 1, 2011 ...................................................................................................A82

YCST01:10757128.1                                                                                                050548.1081

Excerpts from the Deposition Transcript of Donald Mell, III
dated January 25, 2011 ........................................................................................A90

Excerpts from the Public Hearing Transcript dated October 14, 2010....................................A100

Excerpts from the Deposition Transcript of Frederick S. Purnell, Sr.
dated January 24, 2011 ........................................................................................A108

Excerpts from the Deposition Transcript of Karen Spellman
dated January 31, 2011 ........................................................................................A119

Excerpts from the Deposition Transcript of Bernadette Winston
dated January 25, 2011 ........................................................................................A122

YCST01:10757128.1                                                                                      050548.1081

NATIONAL RIFLE ASSOCIATION OF AMERICA
OFFICE OF THE GENERAL COUNSEL
11250 WAPLES MILL ROAD
FAIRFAX, VIRGINIA 22030

v·ralen
Cl SRosnini
RECEIVED
FEB 3 / REC'D

(703) 267-1250
(703) 267-3985 fax



1 February 2010

Wilmington Housing Authority
Frederick S. Purnell, Sr., Executive Director
400 N. Walnut Street
Wilmington, Delaware 19801

Dear Mr. Purnell:

It has been brought to our attention by members of the National Rifle Association and by the Caesar Rodney Institute that the Wilmington Housing Authority imposes a lease provisions that prohibits a resident from possessing a firearm. Such a restriction is unconstitutional.

Article I, § 20 of the Delaware Constitution guarantees that "A person has the right to keep and bear arms for the defense of self, family, home and State, and for hunting and recreational use." Furthermore, the United States Supreme Court in *District of Columbia v. Heller*, 128 S. Ct. 2783, 171 L.Ed.2d 637 (2008), held that the right to keep an operable firearm in the home for self-defense is a core right guaranteed by the Second Amendment. Consequently, the court struck down a ban on the possession of handguns and a ban on the possession of operable firearms in the home.

The Housing Authority of Portland, Oregon, proposed like regulations. The Attorney General of Oregon on September 12, 1988, in Opinion No. 8196, held that a lease provision proposed by the Housing Authority of Portland, which would prohibit any resident to possess any firearm within his apartment, would violate the state constitutional guarantee to bear arms. Cf. *Doe v. Portland Housing Authority*, 656 A.2d 1200 (Maine 1995), cert. denied 133 L.Ed.2d 112 (1995). Maine's preemption statute voided public housing gun ban. Delaware has enacted a preemption statute that bars a municipal government from, among other things, banning the possession of firearms. 22 Del. Code § 111. See also Robert Dowlut, *Bearing Arms in State Bills of Rights, Judicial Interpretation, and Public Housing*, 5 St. Thomas L. Rev. 203, 212 (1992).

It is well-settled law that the government may not condition entitlement to a public benefit, whether gratuitous or not, upon the waiver of constitutional rights that the government could not abridge by direct action. *Lefkowitz v. Turley*, 414 U.S. 70 (1973); *Keyishian v. Board of Regents*, 385 U.S. 589, 606 (1967); *Sherbert v. Verner*, 374 U.S. 398 (1963). The government is not free to place unconstitutional prerequisites upon the securing of public housing. Eligibility for low income housing provided by a housing authority plainly is a public benefit or privilege. While the housing authority may lawfully condition eligibility on satisfaction of income criteria and other

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

factors designed to ensure that only eligible tenants reside in that housing, the housing authority may not require an otherwise eligible individual to surrender his rights in order to obtain low income housing.

Labeling housing as a right or a privilege is of no moment. *Morrisey v. Brewer*, 408 U.S. 471, 481 (1972), teaches that "this Court now has rejected the concept that constitutional rights turn upon whether a governmental benefit is characterized as a 'right' or as a 'privilege'."

In summation, the ban on firearm possession adopted by the housing authority of Dover, Newark, and Wilmington is unconstitutional and should be promptly rescinded to avoid litigation.

Sincerely,

Robert Dowlut
General Counsel

cc:    Mayor James M. Baker
John Sigler

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       D000262

REDACTED



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    D000504

REDACTED



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

D000254

A4

REDACTED



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

D000255

A5

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

D000293

A6

REDACTED

Page 2 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     D000294

A7



## ATTENTION:
## The Public Hearing Scheduled for September 16th, 2010
## Has Been Rescheduled for October 14th, 2010

## Wilmington Housing Authority
### *"Planning for the Future"*

## FY 2010 Annual Plan Amendment
## Public Hearing Notice
## RE:  WHA Firearms Policy

The Wilmington Housing Authority invites residents and citizens of the City of Wilmington to attend a public hearing to discuss changes to the Public Housing Lease and Admissions and Continued Occupancy Policy to incorporate its proposed Firearms Policy. The public hearing will provide the opportunity for residents and citizens to make **FINAL** comments and suggestions regarding these proposed changes. The comments and/or suggestions resulting from this hearing will be considered prior to submission to the U.S. Department of Housing and Urban Development for approval.

A copy of this notice will be posted for a period of 45 days prior to the public hearing at the following locations:

> Central Office – 400 North Walnut Street
> Section 8 Office – 1400 Todds Lane
> Leasing & Scattered Site Offices – 1800 N. Broom Street
> Northeast Office – 1312-1314 East 24th Street
> Southbridge Office – D & Buttonwood Streets
> Compton Towers Office – 325 E. 5th Street
> Herlihy Apartments Office – 320 East 5th Street
> Crestview Apartments Office – 2700 North Market Street
> Baynard Apartments Office – 309 West 18th Street

The proposed changes can be reviewed at all WHA offices and comments will be received during regular business hours. WHA will give consideration of all comments. Any comments resulting in a change will be posted for review. Additional information on the FY 2010 Annual Plan will be available at the Public Hearing at 6:00 pm on Thursday, October 14, 2010, at the Herlihy Community Room, 320 East 5th Street, Wilmington, DE  19801.

We encourage citizens to express their ideas about the plan so that we may provide the best possible services to our residents and serve to compliment the City's overall housing efforts.

### Public Hearing
### Thursday, October 14, 2010, 6:00 PM
**Wilmington Housing Authority**
**Herlihy Community Room**
**320 East 5th Street**
**Wilmington, DE  19801**

D000069

A8

The Wilmington Housing Authority is an equal opportunity agency that does not discriminate against any person because of race, color, age, religion, sex, national origin, disability, or familial status.

D000070

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR

TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY
ADAM W. POFF
SEAN M. BEACH
JOSEPH M. BARRY
SHARON M. ZIEG
DAVID R. HURST
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN

RYAN M. BARTLEY
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
EMILY V. BURTON
ERIKA R. CAESAR
JEFFREY T. CASTELLANO
DOUGLAS T. COATS
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
JUSTIN P. DUDA (NY ONLY)
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
MARIS FINNEGAN
WILLIAM E. GAMGORT
MARGARET WHITEMAN GREECHER
SEAN T. GREECHER
A. DAVID HANSEN
STEPHANIE L. HANSEN
JAMES L. HIGGINS
LAUREN HUDECKI
PATRICK A. JACKSON
KAREN E. KELLER
JENNIFER M. KINKUS

SARA BETH A. R. KOHUT
EVANGELOS KOSTOULAS
PILAR G. KRAMAN
JOHN C. KUFFEL
ANDREW A. LUNDGREN
JAIME N. LUTON
ANDREW L. MAGAZINER
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
TAMMY L. MERCER
MARIBETH L. MINELLA
LAUREN E. MOAK
MICHAEL S. NEIBURG
JENNIFER R. NOEL
ROBERT F. POPPITI, JR.
NICHOLAS J. ROHRER
ANDREW E. RUSSELL
JUSTIN H. RUCKI
CHERYL A. SANTANIELLO
MORGAN L. SEWARD
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
JAMES M. YOCH, JR.

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

SPECIAL COUNSEL
KAREN L. PASCALE

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

September 28, 2010

## BY CERTIFIED MAIL RETURN RECEIPT REQUESTED

Robert Dowlut, Esq.
National Rifle Association
1600 Rhode Island Avenue, NW
Washington DC, 20036

Re:    Public Hearing on Wilmington Housing Authority Firearms Policy

Dear Mr. Dowlut:

You have previously communicated with Wilmington Housing Authority ("WHA") concerning its firearms policy. I write to inform you and the National Rifle Association ("NRA") that WHA has proposed amendments to the firearms policy contained within its standard lease. A copy of the proposed amendments is enclosed herewith for your review.

Pursuant to U.S. Department of Housing and Urban Development regulations, WHA will be holding a public hearing to gather comments and suggestions on the proposed amendments on October 14, 2010, at 6:00 p.m. WHA invites the NRA to attend the public hearing. Alternatively, the NRA may submit written comments to this office. In the absence of any communication from the NRA, WHA will interpret the NRA's silence as approval of the amended firearms policy and a waiver of any objection.

Very truly yours,

Barry Willoughby

Enclosure

A10

# WHA Firearms Policy

**Lease Modification**:

(Replaces Lease Part I § IX.P.)

Ownership, possession, transportation and use of firearms is governed by the Wilmington Firearms and Weapons Policy.

**Wilmington Housing Authority Firearms and Weapons Policy**:

The resident, members of the resident's household, and guests, shall be obligated:

1.  To comply with local, state and federal legal requirements applicable to the ownership, possession, transportation, and use of firearms or other weapons.  The term "firearm" includes, but is not limited to, all pistols, revolvers, other handguns, rifles, shotguns, BB guns, air guns, spring-action guns, automatic, and semiautomatic guns, and any other instrument that expels a metallic, partly metallic, or other hard projectile.

2.  To refrain from the discharge, display, or use of any firearm or other weapons on WHA property except when done in self-defense.

3.  To refrain from carrying a firearm or other weapon in any common area, except where the firearm or other weapon is being transported to or from the resident's unit.

4.  To have available for inspection upon request, a copy of any permit or license required by state, local, or federal law for the ownership, possession, or transportation of any firearm or other weapon before bringing such firearm or other weapon onto WHA premises.

5.  When applicable, to have available for inspection upon request, a copy of the license required by the State of Delaware under 11 *Del. C.* § 1441 for carrying a concealed deadly weapon before carrying a concealed deadly weapon on WHA premises.

6.  To exercise reasonable care in the storage of loaded or unloaded firearms and ammunition or other weapons to insure that they are not within the reach or easy access of a minor under the age of 18.

Violation of this Policy by any resident, member of the resident's household, or guest, shall be grounds for immediate Lease termination and eviction.

A11



**Fox Rothschild** LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920
www.foxrothschild.com

Francis G.X. Pileggi
Direct Dial: (302) 655-3667
Email Address: fpileggi@foxrothschild.com
Blog: www.delawarelitigation.com

September 30, 2010

VIA HAND DELIVERY

Barry M. Willoughby, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Re:    *Doe v. Wilmington Housing Authority, et al.*
       Del. Ch., C.A. No. 5521-CC _____

Dear Barry:

In reply to your letter of yesterday, I refer you to the prior explanations of our position in pleadings, e-mails and letters that provide legal support for our opposition to the proposed regulations that your client is attempting to implement. I will not repeat all the previously provided legal reasoning that supports our position. In part, our position is that your client is violating the constitutional rights of my clients, and my clients have no duty to participate in your "hearings" to discuss a change in policy, nor are my clients waiving their rights by choosing not to participate in your "hearings." Actions such as the pending suit pursuant to 42 U.S.C. § 1983 do not require that we first exhaust any administrative remedies. *See Patsy v. Board of Regents of the State of Florida*, 457 U.S. 496, 516 (1982). My clients are entitled to pursue their remedies for your client's violation of their rights without regard to their participation in the non-judicial hearing.

My clients are entitled to the fundamental rights enjoyed by other Delawareans and other Americans, and we will not permit your client to dilute those fundamental rights simply because my clients may be poor, elderly and/or members of a minority group. They deserve the same



Fox Rothschild LLP
ATTORNEYS AT LAW

Barry M. Willoughby, Esquire
September 30, 2010
Page 2

rights as those who may be fortunate enough to live in their own homes as opposed to a home chosen as a result of the need for government assistance in the form of public housing.

Sincerely,

Francis GX Pileggi/mar

Francis G.X. Pileggi

FGXP/mar

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

D000835

# Wilmington Housing Authority

## Public Hearing:  October 14
## Herlihy Building -  6:00 p.m.

### *"Planning for the Future"*

### FY 2010 Annual Plan Amendment
### Proposed Changes to the WHA Firearms Policy

## *AGENDA*

| | | |
|---|---|---|
| 6:00 p.m. | Opening Remarks | Frederick S. Purnell, Sr.<br>Executive Director |
| 6:15 | Introduction of the Panel | Karen A. Spellman<br>Deputy Executive Director |
| 6:15-6:30 | Introduction of Proposed Changes to the WHA Firearms Policy - a provision of the Admissions and Continued Occupancy Policy and its affect on the Public Housing Lease Agreement | |
| 6:30-7:00 | Legal Update | Barry Willoughby, Esquire<br>Young Conaway Stargatt & Taylor |
| 7:00-7:45 | Comments From the Panel: | |
| | • Ami Sebastian Hauer | Executive Director<br>Dover Housing Authority |
| | • Matthew Heckles | Legislative and  Policy Advisor<br>Delaware State Housing Authority |
| | • Stephanie T. Bolden | Third District City Councilwoman |
| 7:45 | Public Questions and Comments | |
| 8:45 | Closing Remarks | Frederick S. Purnell, Sr. |

*Note: Public Hearing is being recorded for purpose of Minutes*

D000226

A15

**Wilmington Housing Authority**

**Public Hearing**
**October 14, 2010**

**Sign-In Sheet**

| Name | Address |
|---|---|
| Doris Cannon | Herlihy Apts |
| Diana Dow | Compton Towers |
| Shirley A. Kinslad | Herlihy Apts |
| Howard Carter | Herlihy Apts. |
| Verdie Mae Brinson | |
| Yvette Hea | |
| Lekeisha Watson | |
| Lorraine Wilson | |
| Edna Davis | Compton Towers Court |
| Larry Jones | Compton Tower |
| Beatrice Mills | |
| Antoinette I Bhullin | Compton Towers |
| Tani Rose | Compton Towers |
| Ernestine Walker | Herlihy |
| Martha L. Lm | Herlify |
| Shirley Houston | Herlihy |
| Richard White | Compton T |
| Theresa Freeman | Herlihy |

D000075

A16

**Wilmington Housing Authority**

**Public Hearing**
**October 14, 2010**

**Sign-In Sheet**

| Name | Address |
|------|---------|
| Christine Arnold | WHA |
| Lurin Amorgan | Herely |
| Ma. Loha Bland | |
| Monroe Pugl | |
| Betty Jirks | Herely |
| Charlotte Baide | apt 214 |
| Bernice Lankford | apt #211 |
| JAMES GARNETT | APT. 603 |
| Nitza Vazquez | 216 |
| Pam Ted | WHA |
| Anscie Jacken | apt. 401 |
| Rosa Malvin | apt 2/08 |
| Barbara Jackson | 715 |
| Evelyn Williams | 810 |
| Lorrain Cleeter | 314 |
| Marcus Henry | WHA |
| Jayanne Wiggin | 910 |
| Fred P. QO | WHA |

D000076

**Wilmington Housing Authority**

**Public Hearing**
**October 14, 2010**

**Sign-In Sheet**

| Name | Address |
|------|---------|
| Benny Whioply | Yong Cuy |
| Ams Benur | W.H.A. |
| Karen Spellman | WHA |
| Sandi Rosmini | WNA |
| Dorris Kelley | 504 |
| Jayce J. Botter | 711 |
| Gloria Lloyd | 416 |
| Glen E. Hudson | 313 |
| Rachelle Grimes | 402 |
| Le Roy Coleman | X02 |
| Edith Butler | 903 |
| Matthew Heckles | De. State Housing Authority |
| Bernadete Kerston | WHA Grams |
| Estella Whiting | 506 |
| Walter Miller | 305 |
| Jose Rosen | 409 |
| Shani A. Ross | Southbridge. |

D000077



REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        D000732

A20

REDACTED

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                D000733

## RESOLUTION NO. 10-25

### RESOLUTION ADOPTING THE WILMINGTON HOUSING AUTHORITY
### FIREARMS AND WEAPONS POLICY

**WHEREAS,** on June 28, 2010, the Supreme Court of the United States issued its decision in *McDonald v. City of Chicago*, which held the Second Amendment to the United States Constitution applicable to the States; and

**WHEREAS,** the Board of Commissioners determined that the Court's decision in *McDonald* raised questions about the permissibility of the firearms policy previously contained within the WHA public housing lease; and

**WHEREAS,** WHA created a proposed firearms and weapons policy in response to the Court's decision in *McDonald*, and after proper notice, held a public hearing on October 14, 2010, to elicit comment regarding the proposed policy; and

**WHEREAS,** after careful consideration of legal precedent, similar policies adopted by other housing authorities throughout the country, and public comments offered during the October 14, 2010 public hearing, WHA created the Wilmington Housing Authority Firearms and Weapons Policy;

**NOW, THEREFORE, BE IT RESOLVED,** by the Board of Commissioners of the Wilmington Housing Authority that the Wilmington Housing Authority Firearms and Weapons Policy is adopted; and

**BE IT FURTHER RESOLVED** that this amendment shall take effect immediately.

**ADOPTED:**          October 25, 2010

**Synopsis of Resolution 10-25**

On June 28, 2010, the Supreme Court issued a decision entitled *McDonald v. City of Chicago*. That decision holds that the Second Amendment to the United States Constitution is applicable to State and local governments. As a result, questions were raised about the permissibility of the ban on the use and possession of firearms imposed by WHA's public housing lease.

In response, WHA drafted and distributed for public comment a new firearms and weapons policy. A public hearing was held to discuss that policy on October 14, 2010. The policy adopted by this resolution, known as the Wilmington Housing Authority Firearms and Weapons Policy, is a result of careful consideration of the law, policies adopted by other housing authorities throughout the country, and the public comments offered at the October 14 public hearing.

050548.1081

D000148

A23

## WHA Firearms and Weapons Policy

**Lease Modification** (Replaces Lease Part I § IX.P.):

Ownership, possession, transportation, display, and use of firearms and weapons is governed by the Wilmington Housing Authority Firearms and Weapons Policy which is incorporated into and made a part of this lease.

**Wilmington Housing Authority Firearms and Weapons Policy:**

WHA recognizes the importance of protecting its residents' health, welfare, and safety, while simultaneously protecting the rights of its residents to keep and bear arms as established by the federal and state constitutions.   WHA therefore adopts the following Firearms and Weapons Policy.  Residents, members of a resident's household, and guests:

1.   Shall comply with all local, state, and federal legal requirements applicable to the ownership, possession, transportation, and use of firearms or other weapons.  The term "firearm" includes any weapon from which a shot, projectile or other object may be discharged by force of combustion, explosive, gas and/or mechanical means, whether operable or inoperable, loaded or unloaded, and any weapon or destructive device as defined by law.

2.   Shall not discharge or use any firearm or other weapons on WHA property except when done in self-defense.

3.   Shall not display or carry a firearm or other weapon in any common area, except where the firearm or other weapon is being transported to or from the resident's unit, or is being used in self-defense.

4.   Shall have available for inspection a copy of any permit, license, or other documentation required by state, local, or federal law for the ownership, possession, or transportation of any firearm or other weapon, including a license to carry a concealed weapon as required by 11 *Del. C.* § 1441, upon request, when there is reasonable cause to believe that the law or this Policy has been violated.

5.   Shall exercise reasonable care in the storage of loaded or unloaded firearms and ammunition, or other weapons.

6.   Shall not allow a minor under 16 years of age to have possession of a firearm, B.B. gun, air gun, or spear gun unless under the direct supervision of an adult.

7.   Shall not give or otherwise transfer to a minor under 18 years of age a firearm or ammunition for a firearm, unless the person is that child's parent or guardian, or unless the person first receives the permission of the minor's parent or guardian.

D000149

A24

Violation of this Policy by any resident or member of the resident's household shall be grounds for immediate Lease termination and eviction. In addition, a resident or member of the resident's household who knowingly permits a guest to violate this Policy shall be subject to immediate Lease termination and eviction.

## RESOLUTION NO. 10-03

### RESOLUTION ADOPTING THE PARK VIEW
### HOUSE RULES AMENDED RULE 24

**WHEREAS,** on June 28, 2010, the Supreme Court of the United States issued its decision in *McDonald v. City of Chicago*, which held the Second Amendment to the United States Constitution applicable to the States; and

**WHEREAS,** the Board of Directors of the Wilmington Revitalization Corporation determined that the Court's decision in *McDonald* raised questions about the permissibility of the firearms policy previously contained within the Park View House Rules, at Rule 24; and

**WHEREAS,** after careful consideration of legal precedent and similar policies adopted by public housing authorities throughout the country, the Wilmington Revitalization Corporation created the Amended Rule 24;

**NOW, THEREFORE, BE IT RESOLVED,** by the Board of Directors of the Wilmington Revitalization Corporation that the Park View House Rules Amended Rule 24 is adopted; and

**BE IT FURTHER RESOLVED** that this amendment shall take effect immediately.

ADOPTED: ___12/15/10___

## The Park View House Rules
## Amended Rule 24

**Amended Rule 24:**

The owners and managers of the Park View recognize the importance of protecting the health, welfare, and safety of all Park View tenants, while simultaneously protecting the rights of its tenants to keep and bear arms as established by the federal and state constitutions. The owners and managers therefore adopt the following Amended Rule 24. Tenants, members of a tenant's household, and guests:

1.  Shall comply with all local, state, and federal legal requirements applicable to the ownership, possession, transportation, and use of firearms or other weapons. The term "firearm" includes any weapon from which a shot, projectile or other object may be discharged by force of combustion, explosive, gas and/or mechanical means, whether operable or inoperable, loaded or unloaded, and any weapon or destructive device as defined by law.

2.  Shall not discharge or use any firearm or other weapons on Park View property except when done in self-defense.

3.  Shall not display or carry a firearm or other weapon in any common area, except where the firearm or other weapon is being transported to or from the tenant's unit, or is being used in self-defense.

4.  Shall have available for inspection a copy of any permit, license, or other documentation required by state, local, or federal law for the ownership, possession, or transportation of any firearm or other weapon, including a license to carry a concealed weapon as required by 11 *Del. C.* § 1441, upon request, when there is reasonable cause to believe that the law or this Policy has been violated.

5.  Shall exercise reasonable care in the storage of loaded or unloaded firearms and ammunition, or other weapons.

6.  Shall not allow a minor under 16 years of age to have possession of a firearm, B.B. gun, air gun, or spear gun unless under the direct supervision of an adult.

7.  Shall not give or otherwise transfer to a minor under 18 years of age a firearm or ammunition for a firearm, unless the person is that child's parent or guardian, or unless the person first receives the permission of the minor's parent or guardian.

Violation of this Rule by any tenant or member of the tenant's household shall be grounds for immediate Lease termination and eviction. In addition, a tenant or member of the tenant's household who knowingly permits a guest to violate this Policy shall be subject to immediate Lease termination and eviction.

D000153

A27



**WILCOX & FETZER LTD.**

## In the Matter Of:

# Doe and Boone
# v.
# Wilmington Housing Authority and Purnell

## C.A. # 10-473-LPS

Transcript of:

Boone, Charles (1_19_2011)

January 19, 2011

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

Doe and Boone v. Wilmington Housing Authority and Purnell



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649)   a76d9442-4e21-4197-919b-b5669df8b724

A29

Doe and Boone v. Wilmington Housing Authority and Purnell



REDACTED

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 11



REDACTED

Doe and Boone v. Wilmington Housing Authority and Purnell

| | |
|---|---|
| 1 | REDACTED |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 13

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724

A33



Page 14

REDACTED

Electronically signed by Terry Burke (301-319-005-7649)          a76d9442-4e21-4197-919b-b5669df8b724

A34

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 15


REDACTED

Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724

A35

Doe and Boone v. Wilmington Housing Authority and Purnell



Page 16

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724

A36

Doe and Boone v. Wilmington Housing Authority and Purnell



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724

Page 18



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649)                          a76d9442-4e21-4197-919b-b5669df8b724

A38

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 19



REDACTED

Electronically signed by Terry Burke (301-319-005-7649)                     a76d9442-4e21-4197-919b-b5669df8b724

A39

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 20

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649)                          a76d9442-4e21-4197-919b-b5669df8b724

A40

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

REDACTED

Doe and Boone v. Wilmington Housing Authority and Purnell

1                                    REDACTED

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 26

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649) a76d9442-4e21-4197-919b-b5669df8b724

A43

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 27

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724

A44

Doe and Boone v. Wilmington Housing Authority and Purnell



REDACTED

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 29



REDACTED

Doe and Boone v. Wilmington Housing Authority and Purnell

1                                    REDACTED

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724

A47

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 31

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Electronically signed by Terry Burke (301-319-005-7649)                                    a76d9442-4e21-4197-919b-b5669df8b724

A48

Doe and Boone v. Wilmington Housing Authority and Purnell

1          REDACTED

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477
Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724

A49

Page 43



REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Wilcox and Fetzer, Ltd.  Registered Professional Reporters        302-655-0477
Electronically signed by Terry Burke (301-319-005-7649)          a76d9442-4e21-4197-919b-b5669df8b724
.

A50

Doe and Boone v. Wilmington Housing Authority and Purnell

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Doe and Boone v. Wilmington Housing Authority and Purnell

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Electronically signed by Terry Burke (301-319-005-7649)                    a76d9442-4e21-4197-919b-b5669df8b724



**WILCOX & FETZER LTD.**

# CONFIDENTIAL
# Outside Attorneys' Eyes Only

### In the Matter Of:

# Doe and Boone
# v.
# Wilmington Housing Authority and Purnell

### C.A. # 10-473-LPS

Transcript of:

Jane Doe     (1_19_2011)

January 19, 2011

Wilcox _ Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  – ATTORNEYS' EYES ONLY



Page 5

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.   Registered Professional Reporters      302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                  9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A56

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  — ATTORNEYS' EYES ONLY

Page 6



REDACTED

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A57

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY



Page 7

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.    Registered Professional Reporters        302-655-0477

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY

Page 8



REDACTED

Wilcox _ Fetzer, Ltd.   Registered Professional Reporters      302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  – ATTORNEYS' EYES ONLY

Page 9



REDACTED

Wilcox _ Fetzer, Ltd.    Registered Professional Reporters      302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)

9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A60

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe - ATTORNEYS' EYES ONLY

Page 10



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.    Registered Professional Reporters        302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9co-0o2o-4a2f-8f14-8c617e84a05a

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY

Page 11



REDACTED

Wilcox _ Fetzer, Ltd.    Registered Professional Reporters        302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                9b8aa9co-0o2o-4a2f-8f14-8c617e84a05a

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  – ATTORNEYS' EYES ONLY



Page 13

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.    Registered Professional Reporters        302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A63

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  – ATTORNEYS' EYES ONLY

Page 14



REDACTED

Wilcox _ Fetzer, Ltd.    Registered Professional Reporters        302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe - ATTORNEYS' EYES ONLY

Page 15



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A65

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY



Page 16

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.   Registered Professional Reporters       302-655-0477

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY

Page 18

REDACTED



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649)                              9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY



Page 19

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.    Registered Professional Reporters          302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY



Page 22

REDACTED

Electronically signed by Terry Burke (301-319-005-7649)          9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A69

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY

Page 25



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.   Registered Professional Reporters         302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A70

Doe and Boone v. Wilmington Housing Authority and Purnell
              Doe  - ATTORNEYS' EYES ONLY

Page 42



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Terry Burke (301-319-005-7649)                        9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A71

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  - ATTORNEYS' EYES ONLY

Page 43



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

REDACTED

Wilcox _ Fetzer, Ltd.   Registered Professional Reporters           302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A72

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe   — ATTORNEYS' EYES ONLY

Page 44



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.    Registered Professional Reporters         302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0o2e-4a2f-8f14-8c617e84a05a

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe - ATTORNEYS' EYES ONLY

Page 45



1                          REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.   Registered Professional Reporters        302-655-0477

Doe and Boone v. Wilmington Housing Authority and Purnell
Doe  — ATTORNEYS' EYES ONLY



Page 47

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox _ Fetzer, Ltd.   Registered Professional Reporters        302-655-0477

Electronically signed by Terry Burke (301-319-005-7649)                    9b8aa9ce-0e2e-4a2f-8f14-8c617e84a05a

A75



**WILCOX & FETZER LTD.**

# HIGHLY
# CONFIDENTIAL

In the Matter Of:

## Doe and Boone

## v.

## Wilmington Housing Authority and Purnell

C.A. # 1:10-CV-00473 LPS

Transcript of:

## Langdon, Geoff (1_27_2011)

January 27, 2011

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

Doe and Boone v. Wilmington Housing Authority and Purnell
Geoff Langdon

Page 21

1

REDACTED

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Doe and Boone v. Wilmington Housing Authority and Purnell
Geoff Langdon

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Electronically signed by Juli LaBadia (101-154-409-8234)          bdb3eb4d-5dd4-48b1-8e11-01f421b13ebf

A78

Doe and Boone v. Wilmington Housing Authority and Purnell
Geoff Langdon

Page 23

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell
Geoff Langdon

Page 43



REDACTED

Doe and Boone v. Wilmington Housing Authority and Purnell
Geoff Langdon

Page 54

| | |
|---|---|
| 1 | REDACTED |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477



**WILCOX & FETZER LTD.**

# HIGHLY
# CONFIDENTIAL

In the Matter Of:

## Doe and Boone

## v.

## Wilmington Housing Authority and Purnell

### C.A. # 1:10-CV-00473 LPS

---

Transcript of:

## Majeski, Nicole (2_1_2011)

February 1, 2011

---

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

Doe and Boone v. Wilmington Housing Authority and Purnell
Nicole Majeski

Page 22



1                          REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Juli LaBadia (101-154-409-8234)          639f2aed-3619-402a-93ce-7743e4c9f0c0

A83

Doe and Boone v. Wilmington Housing Authority and Purnell
Nicole Majeski

Page 23

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell
Nicole Majeski

Page 24



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell
Nicole Majeski

Page 25

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Juli LaBadia (101-154-409-8234)          639f2aed-3619-402a-93ce-7743e4c9f0c0

A86

Doe and Boone v. Wilmington Housing Authority and Purnell
Nicole Majeski

Page 26



REDACTED

Doe and Boone v. Wilmington Housing Authority and Purnell
Nicole Majeski



Page 27

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox and Fetzer, Ltd. Registered Professional Reporters       302-655-0477
Electronically signed by Juli LaBadia (101-154-409-8234)                     639f2aed-3619-402a-93ce-7743e4c9f0c0

A88

Doe and Boone v. Wilmington Housing Authority and Purnell
Nicole Majeski

Page 30

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



**WILCOX & FETZER LTD.**

# HIGHLY
# CONFIDENTIAL

In the Matter Of:

# Doe and Boone
# v.
# Wilmington Housing Authority and Purnell

## C.A. # 1:10-CV-00473 LPS

_____

Transcript of:

# Mell, III, Donald (1_25_2011)

January 25, 2011

_____

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

A90

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 33



REDACTED

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 34

REDACTED

1

2

3

4 ·

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Electronically signed by Juli LaBadia (101-154-409-8234)        d4d1c1f5-b0aa-469c-b926-c3784c3b7248

A92

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 35

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 86

1        REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Juli LaBadia (101-154-409-8234)             d4d1c1f5-b0aa-469c-b926-c3784c3b7248
A94

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 87



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox and Fetzer, Ltd.  Registered Professional Reporters        302-655-0477
Electronically signed by Juli LaBadia (101-154-409-8234)                    d4d1c1f5-b0aa-469c-b926-c3784c3b7248

A95

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 101

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 102



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Juli LaBadia (101-154-409-8234)

d4d1c1f5-b0aa-469c-b926-c3784c3b7248

A97

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 103

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Juli LaBadia (101-154-409-8234)              d4d1c1f5-b0aa-469c-b926-c3784c3b7248

A98

Doe and Boone v. Wilmington Housing Authority and Purnell
Donald Mell, III

Page 104

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



**WILCOX & FETZER LTD.**

## In The Matter Of:

# Wilmington Housing Authority

### Public Hearing

### October 14, 2010

Wilcox _ Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

1        Miss Spellman will introduce everyone who is.  As

2        you see, we have a court reporter and

3        stenographer.  And this is a meeting that will be

4        officially on the record in relationship to a

5        court action that we are dealing with in which

6        Mr. Willoughby will talk about a little later.

7                 I'd just like to say good evening.

8        Thank you all for coming tonight to share your

9        comments regarding the proposed WHA firearms

10       policy.  This is an issue of particular

11       importance to the Wilmington Housing Authority

12       because of the impact it has upon the health,

13       safety of our residents.

14                WHA's first and foremost concern is

15       providing a safe and secure environment for

16       individuals who reside in the public housing

17       units.  In an effort to achieve that goal, WHA

18       has traditionally limited the possession of

19       firearms by its residents.  However, recent

20       changes in the law have caused WHA to reexamine

21       its firearms policy.

22                After careful consideration,

23       examination of the law and review of policies

24       imposed by other housing authorities, WHA arrived

1    public hearing notice.  Now, as you are aware and

2    I think as Mr. Purnell already said, we are

3    required by law to have a public hearing for any

4    change in our policies of this type.  So that

5    notice is Exhibit 2.  Exhibit 3 is the policy

6    that Miss Spellman just read.  And Exhibit 4 is a

7    letter that we received from the National

8    Association of Housing and Redevelopment

9    Officials.  That will be read into the record at

10   a later time.  But this is a national

11   organization out of Washington D.C. that

12   represents a number of housing authorities.  And

13   although they could not be here tonight, they did

14   submit a statement that they have asked us to

15   read into the record.

16              So with that, I think we are prepared

17   for, first, an overview by Miss Spellman of the

18   various housing facilities that WHA operates with

19   particular emphasis on the kinds of security and

20   other issues that are relevant to tonight such as

21   the type of community rooms.  Because as I

22   understand it, they have daycare facilities and

23   such that are in the facility.  So I will let

24   Miss Spellman address that.

1            MS. SPELLMAN:  Just to give you an

2     overview of our housing developments, Wilmington

3     Housing Authority owns and operates a total of

4     1,817 low income public housing units.  And those

5     units are distributed between 11 different site

6     locations.  I will start with our high-rise

7     buildings.  We have community rooms with pool

8     tables, wide screen TV's in all of our community

9     rooms.  Herlihy and Baynard have libraries for

10    resident use.  Crestview and Baynard computer

11    labs also for resident use.  We have active

12    resident councils in all of our locations as most

13    of you know with the exception of Crestview

14    because Crestview was just repopulated and they

15    are in the process of organizing a resident

16    council at that location.

17            The roving guards respond to all

18    emergency calls and after-hour calls at the

19    high-rises.  At our family developments, the

20    police respond to calls at those locations.

21            Herlihy is the building that we are

22    now in.  It's 126 one-bedroom units.  We have a

23    total of 31 cameras throughout the building,

24    including outside, inside and on the floors.  We

1    have security through International Security that

2    provide eight hours of security nightly at this

3    location.  Compton is 180 units of zero, one and

4    two-bedroom units.  And we have a total of 48

5    cameras throughout Compton.  And we have 24-hour

6    around the clock security door monitoring at

7    Compton.  Crestview is 149 units, bedroom

8    distribution the same as Compton, zero, ones and

9    twos.  We have a total of 70 cameras there.  And

10   we also have around the clock security at

11   Crestview.  Baynard is 100 units, zeros and ones.

12   We have 11 security cameras and we have 5 hours

13   of nightly guard service.

14                  And then we have our mid-rise

15   buildings.  We have onsite daycare at Evans

16   House.  And we are in the process of revitalizing

17   Kennedy.  We are depopulating Kennedy right now.

18   And we just have a couple residents yet still to

19   relocate.  And we are preparing that building for

20   some renovations.  Asbury Gardens is 24 units of

21   two and three-bedroom, 8 cameras there.  The

22   rover is responsible for the security at that

23   location.  Kennedy is 24 units also.  And it's

24   all three-bedroom units, 12 security cameras and

1    they are also covered by the rover.  Evans House

2    is 18 three-bedroom units, 8 cameras and rover

3    coverage.  1802 West Street is 13 units of zero

4    and ones, 10 security cameras and 6 hours of

5    nightly door monitoring service.

6              Our family development is

7    Southbridge.  And onsite at Southbridge we do

8    have the Southbridge Youth Academy.  And we have

9    daycare that is located at Southbridge.  We are

10   in the process of undertaking a revitalization

11   effort there.  Correct if I'm wrong.  Is it $3.3

12   million Green Energy Grant?

13              A VOICE:  3.6.

14              MS. SPELLMAN:  $3.6 million Green

15   Energy Grant.  And that is for new appliances,

16   windows, new roofing and central air and heating

17   systems.  Southbridge has one, two, three and

18   four bedrooms.  It consists of 180 units.

19   Northeast is one, two, three and four.  And it

20   has 388 units.  And we have our scattered sites.

21   And they go up from one to five bedrooms.  And we

22   have a total of 283 scattered site units.  That

23   is our public housing.  WHA also has some tax

24   credit things.  But the housing that is affected

1    24-hour security and us being able to bear arms?
2    Are the security now going to become armed in the
3    building or are we going to end up doing away
4    with security in our building because now we can
5    be armed ourselves and we don't need them?

6            Because you are able to security
7    yourself, they are placed down there to protect
8    us and for us to be safe.  They monitor who comes
9    in, who goes out.  So if they are doing all that,
10   if you are dealing with somebody that's crazy,
11   you are kind of putting your own self into
12   jeopardy.  Because if they are watching who comes
13   in and who comes out and they are watching the
14   cameras, I'm pretty much sure nobody is just
15   going to knock on your door and just try to come
16   and do something crazy to you.  It's something
17   you already have some involvement with them or
18   some other underhanded stuff on your own personal
19   thing or whatever.  So that's my question.

20           MR. IZQUIERDO:  Can I comment on
21   that?  Aflred Izquierdo, Izzy, International
22   Security, LLC.  Next Thursday we are going to
23   have a meeting at 2:00 for Compton and Herlihy
24   residents.  In that meeting, we are going to

1    posted it.  Mr. Willoughby mentioned that we will

2    be having a WHA board meeting on the 25th, which

3    is the last Monday of this month.  We will be

4    taking any comments we have, comments from the

5    record, making any changes to the proposed

6    policy.  But it is our intention to try and get

7    this policy implemented so that we will at least

8    be on the right side of the law.  And, again, we

9    do have to go back to court in the same time

10   frame.

11            Barry, anything else we need to know?

12            MR. WILLOUGHBY:  No.  You are

13   correct.  You want to make your comments as soon

14   as possible.  Because the board is going to have

15   to make a decision very quickly and make a final

16   decision by October 25th, which is the next board

17   meeting.  I did want to point out, as I think

18   Mr. Purnell had mentioned, we did invite various

19   people to be here.  We also invited the National

20   Rifle Association to either submit written

21   comments or appear.  And to my knowledge, they

22   have done neither act.  So we have asked for

23   their opinion as well and have not received

24   anything from them in response to that.  But I



**WILCOX & FETZER LTD.**

# HIGHLY
# CONFIDENTIAL

In the Matter Of:

## Doe and Boone

## v.

## Wilmington Housing Authority and Purnell

### C.A. # 1:10-CV-00473 LPS

———————————————

Transcript of:

# Purnell, Sr., Frederick S. (1_24_2011)

### January 24, 2011

———————————————

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

Page 28

REDACTED



 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1          REDACTED
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 107

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 109

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477
Electronically signed by Juli LaBadia (101-154-409-8234)          005acc1a-0869-4a88-9f75-8fa85b366e60

A114

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 162

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Electronically signed by Juli LaBadia (101-154-409-8234)          005acc1a-0869-4a88-9f75-8fa85b366e60

A115

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 163

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Juli LaBadia (101-154-409-8234)                    005acc1a-0869-4a88-9f75-8fa85b366e60

A116

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 164

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell

Page 167

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



**WILCOX & FETZER LTD.**

# HIGHLY
# CONFIDENTIAL

In the Matter Of:

## Doe and Boone

## v.

## Wilmington Housing Authority and Purnell

### C.A. # 1:10-CV-00473 LPS

_____

Transcript of:

# Spellman, Karen (1_31_2011)

### January 31, 2011

_____

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

Doe and Boone v. Wilmington Housing Authority and Purnell
Karen Spellman

Page 49

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REDACTED

Electronically signed by Juli LaBadia (101-154-409-8234)          63695f4f-2123-4549-84db-bcb6cc4f3904

A120

Doe and Boone v. Wilmington Housing Authority and Purnell
Karen Spellman

Page 50

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Electronically signed by Juli LaBadia (101-154-409-8234)          63695f4f-2123-4549-84db-bcb6cc4f3904

A121



**WILCOX & FETZER LTD.**

# HIGHLY
# CONFIDENTIAL

In the Matter Of:

## Doe and Boone

## v.

## Wilmington Housing Authority and Purnell

C.A. # 1:10-CV-00473 LPS

Transcript of:

## Winston, Bernadette (1_25_2011)

January 25, 2011

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

Doe and Boone v. Wilmington Housing Authority and Purnell
Bernadette Winston

Page 83



REDACTED

Electronically signed by Juli LaBadia (101-154-409-8234)                    0e781dec-7be2-446b-b83b-4ee14e84fbee

A123

Doe and Boone v. Wilmington Housing Authority and Purnell
Bernadette Winston

Page 84

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Doe and Boone v. Wilmington Housing Authority and Purnell
Bernadette Winston

Page 85



REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Wilcox and Fetzer, Ltd. Registered Professional Reporters          302-655-0477
Electronically signed by Juli LaBadia (101-154-409-8234)          0e781dec-7be2-446b-b83b-4ee14e84fbee

A125