IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE,  :  <br> : <br> Plaintiffs,  : <br> : <br> v.  : <br> : <br> WILMINGTON HOUSING AUTHORITY and  : <br> FREDERICK S. PURNELL, SR., in his official  : <br> capacity as executive director of the  : <br> Wilmington Housing Authority,  : <br> : <br> Defendants.  : | C.A. No. 1:10-cv-00473-LPS <br><br> **CONFIDENTIAL** <br> **FILED UNDER SEAL** |

### EXHIBITS A TO C TO
### PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF OF <u>BRADY CENTER AS AMICUS CURIAE</u>

FOX ROTHSCHILD LLP
Francis G.X. Pileggi (Del. Bar No. 2624)
Carl D. Neff (Del. Bar No. 4895)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 655-3667

*Attorneys for Plaintiffs Jane Doe
and Charles Boone*

Dated: March 25, 2011

# SEALED DOCUMENT