IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>WILMINGTON HOUSING AUTHORITY )<br>and FREDERICK S. PURNELL, SR., in )<br>his official capacity as Executive Director )<br>of the Wilmington Housing Authority, )<br>)<br>Defendants ) | C.A. No. 1:10-cv-00473-LPS<br><br>**JURY TRIAL DEMANDED**<br><br>**CONFIDENTIAL—FILED UNDER SEAL** |

**DEFENDANTS' ANSWERING BRIEF IN RESPONSE
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (Bar I.D. 1016)
Lauren E. Moak, Esquire (Bar I.D. 5366)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 576-3255
Facsimile: (302) 576-3345; (302) 576-3750
Email: bwilloughby@ycst.com; lmoak@ycst.com

*Attorneys for Defendants Wilmington Housing Authority
and Frederick S. Purnell, Sr.*

Dated: March 25, 2011