IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY and | : **PUBLIC VERSION FILED:** |
| FREDERICK S. PURNELL, SR., in his official | : **APRIL 1, 2011** |
| capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

EXHIBITS A TO C TO
PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND BRIEF OF
**BRADY CENTER AS AMICUS CURIAE**

FOX ROTHSCHILD LLP
Francis G.X. Pileggi (Del. Bar No. 2624)
Carl D. Neff (Del. Bar No. 4895)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 655-3667

*Attorneys for Plaintiffs Jane Doe
and Charles Boone*

Dated: March 25, 2011

WM1A 996694v1 04/01/11

# EXHIBIT A

# REDACTED

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
| Defendants. | : |

**AFFIDAVIT OF JANE DOE IN SUPPORT OF PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF OF BRADY CENTER AS AMICUS CURIE**

I, Jane Doe,[1] do hereby declare as follows:

1. I am a Plaintiff in the above-captioned action, and I submit this affidavit in support of Plaintiffs' Answering Brief (the "Answering Brief") in Opposition to Defendants' Motion for Summary Judgment and Brief of Brady Center as Amicus Curie.

2. I currently own a gun, and I have stored this gun at a relative's house in New Jersey for several years.

3. I never received notice from WHA[2] that the Original Policies were replaced by the New Policy, or that WHA allegedly had no intention of enforcing the Original Policies, until the date of my deposition.

---

[1] In order to preserve Plaintiff's anonymity pursuant to Court Order, Plaintiff is signing this Affidavit under the pseudonym of "Jane Doe". Her identity is available only pursuant to the terms of a Court Order, for "attorneys' eyes only".

[2] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in Plaintiffs' Answering Brief.

WM1A 995561v1 03/23/11

4. I am an elderly woman who relies upon social security as my sole means of financial support.

5. After the commencement of this action, the Park View began charging me miscellaneous fees for which I was never charged prior to the commencement of this action.

6. I can answer each of the questions posed in Delaware's Application for a License to Carry a Concealed Deadly Weapon in a manner that can satisfy the requirements for obtaining a license to carry a concealed weapon.

7. I have never been convicted of a crime, nor have I ever suffered from a mental disorder.

8. While marching with Dr. Martin Luther King in Selma, Alabama many years ago, I was briefly detained because everyone marching that day was arrested but later released without charge.

9. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed on this 23rd day of March 2011.

By: _____
　　　Jane Doe

2

WM1A 995561v1 03/23/11

# EXHIBIT C

# REDACTED