## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY and | : |
| FREDERICK S. PURNELL, SR., in his official | : |
| capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Francis G.X. Pileggi, Esquire, attorney for JANE DOE AND CHARLES BOONE, hereby files this **Notice of Change of Address** effective April 30, 2011, and represents as follows:

> Francis G.X. Pileggi, Esquire
> Eckert Seamans Cherin & Mellott, LLC
> 300 Delaware Avenue, Suite 1210
> Wilmington, DE  19801
> (302) 655-3667 (Phone)
> (302) 425-0432 (Fax)
> E-mail:  fpileggi@eckertseamans.com

FOX ROTHSCHILD LLP

By: */s/ Francis G.X. Pileggi*
    Francis G.X. Pileggi (Del. Bar No. 2624)
    919 North Market Street, Suite 1300
    Wilmington, Delaware  19801
    (302) 655-3667

    *Attorneys for Plaintiffs Jane Doe*
    *and Charles Boone*

Dated:  April 29, 2011