IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : : : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : : : : : |
| Defendants. | : : |

**NOTICE OF ATTORNEY APPEARANCE – REQUEST
FOR REMOVAL OF CO-COUNSEL**

Please take note that I have moved to a new law firm and therefore co-counsel at my old law firm, Carl D. Neff and Austen C. Endersby, should no longer be listed as counsel in this case, as they are no longer affiliated with this case.

      ECKERT SEAMANS CHERIN
      & MELLOTT, LLC

By: *Francis G.X. Pileggi*
Francis G.X. Pileggi, Esquire (ID 2624)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Phone: (302) 655-3667
E-mail: fpileggi@eckertseamans.com

Date: June 15, 2011

{U0035447.1}