

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Francis G.X. Pileggi
fpileggi@eckertseamans.com
www.delawarelitigation.com
(302) 655-3667

June 21, 2012

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
   for the District of Delaware
Room 6124
844 N. King Street
Wilmington, DE 19801-3556

      Re: *Doe v. Wilmington Housing Authority, et al.*,
           D. Del., C.A. No. 1:10-cv-00473-LPS

Dear Judge Stark:

Pursuant to Local Rule 7.1.2(b) of the U.S. District Court for the District of Delaware, we enclose a copy of *Griffin v. State*, -- A.3d --, 2012 WL 2319050 (Del. June 18, 2012), a decision by the Delaware Supreme Court holding that the right to bear arms guaranteed by Del. Const., Art. I, § 20, protects a right to carry a concealed weapon in one's home for security. This decision is relevant to the issues briefed in the pending motion for summary judgment in this matter. *See, e.g.,* Plaintiffs' Opening Brief at 17. (D.I. 87.) If the Court would like supplemental briefing on this issue, or related issues such as any related right to "open carry," which was raised at oral argument but not fully addressed in the briefs, I would be happy to provide that on a schedule determined by the Court.

Respectfully,

*/s/ Francis G.X. Pileggi*

Francis G.X. Pileggi
(Bar No. 2624)

FGXP/mar

Enclosure

cc:   Barry Willoughby, Esquire (w/encl.) (via hand delivery)