

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Barry M. Willoughby
P 302-571-6666
F 302-576-3345
bwilloughby@ycst.com

June 21, 2012

**VIA CM/ECF**

Hon. Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
400 N. King St.
Wilmington, DE 19801

      Re:    *Doe v. Wilmington Housing Authority*, C.A. No. 10-473-LPS;
            Supreme Court of Delaware Decision in *Griffin v. State*

Dear Judge Stark:

      We are in receipt of the letter to the Court from Plaintiffs' counsel, drawing the Court's attention to a recent Supreme Court of Delaware decision encaptioned *Griffin v. State*, No. 412, 2011. Defendants have reviewed the decision and do not believe that the case is relevant to the cross-motions for summary judgment currently pending before the Court. Of course, if the Court believes that briefing on the *Griffin* case would be beneficial, Defendants are available on a schedule that is convenient to the Court to brief the impact of the case on the parties' arguments.

                                  Respectfully,

                                    Barry M. Willoughby

cc:   Francis G. X. Pillegi, Esq. (*via CM/ECF*)
       Lauren E. Moak, Esq.