IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 1:10-cv-00473-LPS |
| | : |
| WILMINGTON HOUSING AUTHORITY | : |
| and FREDERICK S. PURNELL, SR., in his | : |
| official capacity as executive director of the | : |
| Wilmington Housing Authority, | : |
| | : |
| Defendants. | : |

### PLAINTIFFS' NOTICE OF APPEAL

Final judgment having been entered (D.I. 116), notice is hereby given that Plaintiffs Jane Doe and Charles Boone appeal to the United States Court of Appeals for the Third Circuit from the District Court's Opinion and Order dated July 27, 2012, (D.I. 114).

    Respectfully Submitted,

    ECKERT SEAMANS CHERIN &
    MELLOTT, LLC

    _/s/ Penelope O'Connell_
    FRANCIS G. X. PILEGGI, ESQ. (DE #2624)
    PENELOPE B. O'CONNELL, ESQ. (DE#4898)
    300 Delaware Avenue, Suite 1210
    Wilmington, DE 19801
    (302) 552-2904
    fpileggi@eckertseamans.com
    poconnell@eckertseamans.com

Dated: August 27, 2012        Attorneys for Plaintiffs