

Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801

TEL 302 574 7400
FAX 302 574 7401
www.eckertseamans.com

Francis G.X. Pileggi
fpileggi@eckertseamans.com
www.delawarelitigation.com
302-655-3667

July 8, 2014

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Judge
United States District Court
   for the District of Delaware
Room 6124
844 N. King Street
Wilmington, DE 19801-3556

Re: *Doe v. Wilmington Housing Authority, et al.*,
     D. Del., C.A. No. 1:10-cv-00473-LPS

Dear Judge Stark:

As requested, this is a joint status report from both parties regarding the above matter.

Plaintiffs' Report

Plaintiffs intend to submit a Petition for Attorneys' Fees. Our understanding is that the deadline for submitting such a petition is not triggered until a final judgment by the trial court is entered after the remand from the Third Circuit. If additional details are requested at this time prior to filing the petition, we would be happy to provide them.

Defendants' Report

Defendants believe that the case is now concluded based on the issuance of the Third Circuit Mandate. Enforcement of the Wilmington Housing Authority ("WHA") policies in issue has been suspended consistent with the opinion of the Delaware Supreme Court and the Third Circuit decision in this matter. As the Court is aware, formal revision of WHA's landlord tenant policies includes the institution of a public hearing process as required by HUD. WHA is instituting that process to formally revise the policies based on the Third Circuit and Delaware Supreme Court opinions.

WHA has been informed that Plaintiffs intend to file a motion for an award of attorneys' fees. Defendants oppose any such request and reserve all defenses and objections thereto. Counsel for



Defendants are not aware of any statutory or legal basis for such a request. No authority for the application has been provided as of the date of this report.

Respectfully submitted,

Francis G.X. Pileggi
ID No. 2624

FGXP/mar

cc: Barry M. Willoughby, Esquire
     Clerk of Court