**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JANE DOE and CHARLES BOONE,<br><br>    Plaintiffs,<br><br>        v.<br><br>WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority,<br><br>    Defendants. | C.A. No. 1:10-cv-00473-LPS |

## NOTICE OF APPEARANCE OF JILL AGRO, ESQUIRE

Please enter the appearance of Jill Agro, Esquire, of the law firm of Eckert Seamans Cherin & Mellott, LLC, as counsel for Plaintiffs Jane Doe and Charles Boone in this matter.

                              ECKERT SEAMANS CHERIN & MELLOTT, LLC

                              */s/ Jill Agro*
                              Francis G.X. Pileggi (Bar No. 2624)
                              Jill Agro (Bar No. 4629)
                              222 Delaware Avenue, 7th Floor
                              Wilmington, DE 19801
                              302.574.7406
                              fpileggi@eckertseamans.com
                              jagro@eckertseamans.com
                              *Attorneys for Plaintiffs*

Dated: July 14, 2014