

WILMINGTON
GEORGETOWN
MIDDLETOWN
NEW YORK

**Barry M. Willoughby**
P 302.571.6666
F 302-576-3345
bwilloughby@ycst.com

July 14, 2014

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street, Unit 26
Wilmington, DE  19801

> Re:    Doe v. Wilmington Housing Authority
>          Case No. 10-00473 (LPS)

Dear Chief Judge Stark:

Enclosed please find Defendants' Proposed Form of Order in the above-captioned matter.  The Parties have had discussions concerning their respective proposals and believe they are responsibly close to reaching an agreement on the form of order.  Unfortunately, however, counsel for the parties does not believe that they will be able to complete those discussions for a timely filing today.  Accordingly, each Party has (or will) submit its Proposed Form of Order today, but the Parties jointly request leave for additional time to discuss a mutually agreeable form.

Respectfully submitted,

Barry M. Willoughby (Bar I.D. No. 1016)

BMW:fkg
Enclosure

cc:  Francis G.X. Pileggi, Esq.
     Jill Agro, Esq.
     Lauren E.M. Russell, Esq.