

Eckert Seamans Cherin & Mellott, LLC    TEL    302 574 7400
222 Delaware Avenue, 7ᵗʰ Floor          FAX    302 574 7401
Wilmington, DE  19801                   www.eckertseamans.com

Francis G.X. Pileggi
fpileggi@eckertseamans.com
www.delawarelitigation.com
302-655-3667

July 14, 2014

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Judge
United States District Court
    for the District of Delaware
Room 6124
844 N. King Street
Wilmington, DE 19801-3556

Re:    *Doe v. Wilmington Housing Authority, et al.,*
       <u>D. Del., C.A. No. 1:10-cv-00473-LPS</u>

Dear Judge Stark:

As required by Your Honor, on behalf of the plaintiff, I am enclosing a proposed Form of Final Judgment.  Although it is still possible that the parties may be able to work out any differences in proposed wording, in order to meet the Court's deadline of today, we are submitting plaintiffs' proposed form.  If the Court would like us to continue to try to negotiate a stipulated proposed form, we would be happy to do so.

Respectfully submitted,

Francis G.X. Pileggi
ID No. 2624

FGXP/mar

Enclosure

cc:    Barry M. Willoughby, Esquire
       Lauren Russell, Esquire
       Jilll Agro, Esquire
       Clerk of Court