

WILMINGTON
GEORGETOWN
MIDDLETOWN
NEW YORK

Barry M. Willoughby
P 302.571.6666
F 302-576-3345
bwilloughby@ycst.com

July 24, 2014

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 N. King Street, Unit 26
Wilmington, DE  19801

      Re:    Doe v. Wilmington Housing Authority
              Case No. 10-00473 (LPS)

Dear Chief Judge Stark:

      In preparation for today's teleconference in the above matter, enclosed please find the Defendant's revised, proposed Final Order.  The parties have continued to discuss reaching an agreement on the form of order, but unfortunately have not been able to resolve all issues.

      We will, of course, be prepared to discuss the rationale for our proposed form at this morning's teleconference.

      Respectfully submitted,

      Barry M. Willoughby (Bar I.D. No. 1016)

BMW:fkg
Enclosure

cc:  Francis G.X. Pileggi, Esq., *via electronic filing*
      Jill Agro, Esq., *via electronic filing*
      Lauren E.M. Russell, Esq., *via electronic filing*