
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 1:10-cv-00473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as Executive Director of the Wilmington Housing Authority, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **[PROPOSED] ORDER OF FINAL JUDGMENT**

WHEREAS this Court entered a final judgment in this matter on July 30, 2012, finding in in favor of Defendants on all five counts of Plaintiffs' Second Amended Complaint (D.I. 116);

WHEREAS Plaintiffs appealed this Court's final judgment, with respect to Counts Two through Four of their Second Amended Complaint only, to the United States Court of Appeals for the Third Circuit;

WHEREAS the Third Circuit Court of Appeals certified two questions of Delaware law to the Delaware Supreme Court;

WHEREAS the Delaware Supreme Court declared that Paragraphs three and four (relating to common areas and review of licenses) of the Revised Firearms Policy of the Wilmington Housing Authority violated Article I, Section 20 of the Delaware Constitution; and

WHEREAS the Third Circuit Court of Appeals entered judgment in Appellants' favor on June 6, 2014, with respect to Paragraphs 3 and 4 of the Revised Firearms Policy, and awarded costs to Plaintiffs, and remanded this matter back to this Court by opinion and judgment dated June 30, 2014 (D.I. 120);

NOW THEREFORE, IT IS ORDERED AND ADJUDGED, for the reasons set forth in the Delaware Supreme Court's decision dated March 18, 2014, and identified as *Doe v. Wilmington Hous. Auth.*, 88 A.3d 654 (Del. 2014), that judgment is entered in favor of Plaintiffs with respect to their claim that Paragraphs three and four of Wilmington Housing Authority's Revised Firearms Policy violated Article I, Section 20 of the Delaware Constitution;

IT IS FURTHER ORDERED that in all other respects, this Court's June 30, 2012 Judgment remains in effect.

IT IS FURTHER ORDERED that Plaintiffs have leave to submit a petition for fees and costs incurred in pursuing this action to vindicate their rights under the Delaware Constitution, in accordance with Federal Rule of Civil Procedure 54. Defendants' objections and defenses to any such petition are preserved.

Dated this _____ day of _____, 2014.

_____
Hon. Leonard P. Stark